No. 316, Misc.  DAVIS v. PENNSYLVANIA.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 320, Misc.  HODGE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 321, Misc.  HODGE v. DISTRICT COURT OF APPEAL OF CALIFORNIA, THIRD APPELLATE DISTRICT, ET AL.  District Court of Appeal of California, Third Appellate District.  Certiorari denied.

No. 324, Misc.  BROWN v. MARYLAND.  Circuit Court of Washington County, Maryland.  Certiorari denied.

No. 325, Misc.  BARTHOLOME v. MARYLAND.  Circuit Court of Washington County, Maryland.  Certiorari denied.

No. 312, Misc.  RENZ v. NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.  MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 449.  DISTRICT OF COLUMBIA v. STONE.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Vernon E. West, Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for petitioner.

No. 453.  ROSENTHAL v. TENNESSEE.  Supreme Court of Tennessee, Middle District.  Certiorari denied.  *James T. Haynes* and *L. E. Gwinn* for petitioner.  *George F. McCanless*, Attorney General of Tennessee, and *Nat Tipton*, Advocate General, for respondent.